ACCEPTED
12-14-00362-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/10/2015 12:18:08 PM
CATHY LUSK
CLERK

No. 12-14-00362-CV

In the Twelfth District Court of Appeals
Twelfth Court of Appeals District
For the State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/10/2015 12:18:08 PM
CATHY S. LUSK
Clerk

**Grace Smith,**
Appellant

**V.**

**Stephanie Holloway,**
Appellee

Appeal from the County Court at Law Number 2
Gregg County, Texas, Hon. Judge Vincent Dulweber, Presiding

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellee, **STEPHANIE HOLLOWAY**, (hereinafter "Appellee"), in the above-numbered and styled cause, and files this Agreed Motion to Substitute Counsel and would respectfully show unto the Court the following:

**I.**

Appellee requests that Gregory R. Ave and Matt Montgomery of the law firm of Walters, Balido & Crain, L.L.P., Meadow Park Tower, 10440 North Central Expressway, Suite 1500, Dallas, TX 75231, 214-749-4805, be substituted as her counsel of record in this case in place of present counsel, Gregory W. Neeley of the Law Office of Gregory W. Neeley, 428 N. Fredonia Street, Longview, TX 75601, 903-236-8900. Mr. Neeley has been appointed to serve as a Justice on the 12TH Court of Appeals and thus is no longer able to handle the defense of this matter.

## II.

The requested substitution will result in no prejudice to any party involved in this litigation.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that the foregoing Agreed Motion to Substitute Counsel by in all things is granted, and for such other and further relief to which she may be justly entitled and will ever pray.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**


/s/ Gregory R. Ave
**GREGORY R. AVE**
State Bar No. 01448900
**MATT MONTGOMERY**
State Bar No. 24041509
Meadow Park Tower
10440 North Central Expressway, Suite 1500
Dallas, TX 75231
Tel:    214-749-4805
Fax:    214-760-1670
MontgomeryVFax@wbclawfirm.com

**COUNSEL FOR APPELLEE**
**STEPHANIE HOLLOWAY**

**APPROVED:**

LAW OFFICE OF GREGORY W. NEELEY
*Prior Counsel for Appellee*


By:    /s/ Gregory W. Neeley (with permission)
        GREGORY W. NEELEY
        State Bar No. 14861425

## CERTIFICATE OF SERVICE

On February 10, 2015, I served this Agreed Motion for Substitution of Counsel on all counsel of record by email through the e-filing system.

*/s/ Matt Montgomery*
**MATT MONTGOMERY**
**GREGORY R. AVE**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Appellee has discussed this Motion with counsel for Appellant and Appellant's counsel is unopposed to this Motion.

*/s/ Matt Montgomery*
**MATT MONTGOMERY**
**GREGORY R. AVE**